ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| American Ordnance LLC | ) ASBCA No. 63198 |
| | ) |
| Under Contract No. W52P1J-16-D-0050 | ) |

APPEARANCES FOR THE APPELLANT:       Charles Baek, Esq.
                                     Stephen J. McBrady, Esq.
                                     Skye Mathieson, Esq.
                                       Crowell & Moring LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   MAJ Heather M. Martin, JA
                                   MAJ Jason C. Coffey, JA
                                   Dana J. Chase, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 9, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63198, Appeal of American Ordnance LLC, rendered in conformance with the Board's Charter.

Dated: May 10, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals